**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

PETER GAKUBA, #M52946        )
                                        )
        **Plaintiff,**              )
                                          )
vs.                               )        **Case No. 3:20-cv-00277-SMY**
                                          )
MATTHEW SWELLS , et al.,      )
                                          )
        **Defendants.**          )

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Plaintiff Peter Gakuba filed the instant lawsuit pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights at Vienna Correctional Center ("Vienna"). This case is now before the Court on Plaintiff's Motion for Miscellaneous Relief - Add Successor Wardens Terry Grissom and John Barwick, or in the alternative, Motion to Extent Time to Amend Complaint (Doc. 74) and Motion for Miscellaneous Relief - Case Caption Change (Doc. 75).

**Motion for Miscellaneous Relief
- Add Successor Wardens Terry Grissom and John Barwick,
or in the alternative, Motion to Extent Time to Amend Complaint (Doc. 74)**

Plaintiff seeks to add claims and parties by motion. However, a plaintiff cannot modify parties or allegations in a piecemeal fashion. Rather, the proper method is to seek leave to file an Amended Complaint that complies with Federal Rule of Civil Procedure 15 and SDIL-LR 15.1.

In the alternative, Plaintiff seeks an extension of time to file a motion for leave to file an Amended Complaint to add claims and parties. The Initial Scheduling and Discovery Order set September 13, 2021 as the deadline to file a motion for leave to file Amended Complaint. (Doc. 47, p. 3). The Order was subsequently amended to extend the deadline to October 28, 2021. (Doc. 60). Plaintiff has not demonstrated good cause as to why the deadline should again be extended

at this late date.  Therefore, the motion will be denied.

**Motion for Miscellaneous Relief - Case Caption Change (Doc. 75)**

Plaintiff seeks to substitute the current warden of Vienna Correctional Center for former Warden Matthew Swells and seeks a change in the case caption to reflect the substitution.  Federal Rule of Civil Procedure 25 authorizes substitution "when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending." Here, Warden Swells was dismissed at screening.  The Clerk maintains the original case caption on the docket sheet regardless of subsequent changes to party names for record-keeping purposes and for the sake of consistency.

Relatedly, Warden Terry Grissom was added as a defendant in his official capacity as the warden of Vienna for purposes of Plaintiff's claim for injunctive relief.  (Doc. 18).  Because Plaintiff has been released from IDOC custody, his injunctive relief claim is moot and will be dismissed.

**<u>Disposition</u>**

For the foregoing reasons, Plaintiff's Motion for Miscellaneous Relief - Add Successor Wardens Terry Grissom and John Barwick, or in the alternative, Motion to Extent Time to Amend Complaint (Doc. 74) and Motion for Miscellaneous Relief - Case Caption Change (Doc. 75) are **DENIED**.  Plaintiff's claim for injunctive relief is **DISMISSED with prejudice.** Warden Terry Grissom is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**DATED: February 3, 2022**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**

2